1 **LAW OFFICE OF RESHMA KAMATH**
2 Reshma Kamath, Cal. Bar No. 333800
  700 El Camino Real, Suite 120, #1084
3 Menlo Park, California 94025, United States
  Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
4 Counsel for Plaintiffs ATTITUDE ADJUSTMENT, INC. and
5 PROFESSOR STEPHAN BROWN

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATTITUDE ADJUSTMENT, INC., a corporation; and, STEPHAN BROWN, individually, and on behalf of ATTITUDE ADJUSTMENT, INC. as owner,<br><br>Plaintiffs,<br><br>v.<br><br>GATUNLATI CO, INC.; AMANDA BLOOM; and DOES 1-10, INCLUSIVE,<br><br>Defendants | CASE NO.: 5:23-cv-01563-CJC-ADS<br><br>**PLAINTIFFS' OBJECTION TO DISTRICT JUDGE CORMAC J. CORNEY'S ORDER DATED AUGUST 10, 2023 *SUA SPONTE* CLOSING THE CASE A SECOND-TIME PREJUDICIALLY** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEY(S) OF RECORD, HEREIN:*

1
OBJECTION

# **OBJECTION**

In a prejudicial manner, District Judge Cormac J. Carney closed the case and dismissed the matter *sua sponte* on July 28, 2023; and, then again, when re-assigned on August 10, 2023.

The *Sua Sponte* dismissal only shows **DISCRETIONARY ABUSE** on the part of District Judge Cormac J. Carney. In **cutting-and-pasting sentences**, the District Judge Cormac J. Carney uses law as a **pre-text** for racial discrimination and prejudice/bias. The lower state court, as well as CACD is notorious for bias and prejudice to minority counsel; and promoting white and/or male, and/or white female litigants/attorneys. Maybe the District Judge Cormac J. Carney watched Barbie, and/or attended the Eras tour, giving Amanda Bloom the coddling that the judicial officers often do.

In **discriminating** against STEPHEN MIR BROWN, and his undersigned counsel, RESHMA KAMATH, District Judge Cormac J. Carney shows he **cannot** remain neutral, impartial and fair.

**In addressing the order's paragraph # 1**, District Judge Cormac J. Carney **REITERATES** well-known GENERAL PRINCIPLES OF FEDERALISM, and JURISDICTION. It is a cut-and-paste from some CANON. None of them specific to the claims/facts of this specific above-captioned case.

**In addressing the order's paragraph # 2,** District Judge Cormac J. Carney makes a **CONCLUSORY ALLEGATION** – "The Court lacks subject matter jurisdiction over this case." Then, District Judge Cormac J. Carney lists the causes of action only. No explanation, nothing.

As undersigned counsel states, even when breach of contract could be a traditional state law claim, under the Controlled Substances Act of 1970 (CSA) Schedule I substance, there could be FEDERAL QUESTION JURISDICTION. District Judge Cormac J. Carney **FAILS** to address this.

In that same paragraph, District Judge Cormac J. Carney **CONCEDES** "[t]his Court has jurisdiction over this action pursuant to Controlled Substances Act of 1970 (CSA) Schedule I substance." (Id. ¶ 5.)

**In addressing the order's paragraph # 3,** District Judge Cormac J. Carney does one more CUT-AND-PASTE EXERCISE in a GENERAL statement.

The next step for undersigned counsel is to start SUING some of the judicial officers for their racism. The judicial immunity will not protect judicial officers from legal action arising from racism, and gender discrimination in the LA Courts.

**In addressing the order's paragraph # 4,** District Judge Cormac J. Carney makes ONE MORE CONCLUSORY ALLEGATION: "Here, state law, not federal law, creates Plaintiffs' causes of action."

**In paragraph # 4,** the Court then starts seeking to make conclusions again this time more specific to the case. "the contracts and transactions at issue in this case **may have something to do** with a federally regulated substance does not mean that Plaintiff's state law claims arise out of federal law."[ **emphasis added** ].

Then, District Judge Cormac J. Carney adds ARIZONA LAW. That case the Judge cited Shmatko v. Arizona CVS Stores LLC, 2014 WL 3809092, at *2 (D. Ariz. Aug. 1, 2014) appears only in **ONE UNPUBLISHED CASE** in Hawaii – not even in California only in the limited context of the private right of action of the CSA. Only **THREE CASES in the entire NINTH CIRCUIT** have ever cited this ARIZONA CASE of SHMATKO.

Reading the **EXTREMELY SHORT *SHMATKO* from ARIZONA** cited only in **THREE CASES in the ENTIRE NINTH CIRCUIT**, is completely **FACTUALLY DISTINGUISHABLE** – i.e., there it is DEATH BY OPIOD MEDICATION. Here, it is A BUSINESS-TO-BUSINESS CONTRACT BASED ON THE CANNABIS LICENSURE.

3
OBJECTION

There, in *SHMATKO*, the litigants talk about "Food, Drug, and Cosmetic Act ("FDCA") and/or the Drug Enforcement Agency's ("DEA") Practitioner Manual, which was authored to assist the DEA with the administration of the Controlled Substances Act ("CSA")." **NO ALLEGATION ABOUT FOOD, DRUG AND COSMETIC ACT** were made here in STEPHAN MIR BROWN's COMPLAINT.

This CLEARLY shows the undersigned counsel that District Judge Cormac J. Carney is racial and misogynistic towards minority counsel. Undersigned counsel is well aware of white judicial officers padding their racism with pre-textual law to circumvent their bias and prejudice – to show that is on the basis of substantive merit. Above, clearly shows otherwise.

The Judge then cites another case from ARIZONA: Kingman Hosp. Inc. v. Purdue Pharma LP, 2019 WL 4024773, at *2 (D. Ariz. Aug. 27, 2019). Again,

If the Judge were fair, then he would have let the DEFENDANTS make the argument - not CODDLE the white attorneys and litigants.

**In paragraph # 5,** District Judge Cormac J. Carney talks about diversity jurisdiction. The COMPLAINT does not even allege diversity – and even prior, had the basis as **FEDERAL QUESTION JURISDICTION**.

The prior round, District Judge Cormac J. Carney wasted taxpayer dollars in his hasty and cursory decision, where he did not even have the decency to have a proper spelling. District Judge Cormac J. Carney's **"WIHTOUT"** shows his bias and prejudice that he does even care in an official rule to spell the word right. This time he has tried to spell out the law in buttressing his discrimination and bias with a coat of law. However, District Judge Cormac J. Carney continues to FAIL.

There is no way District Judge Cormac J. Carney can continue to circumvent the law as a pre-text for his bias and prejudice. Undersigned counsel will take legal action shortly; and,

undersigned counsel is a hundred-percent sure that other cases will arise as a basis for District Judge Cormac J. Carney's bias and prejudice as well.

THERE ARE DOZENS OF CASE LAW UNDER THE CONTROLLED SUBSTANCES ACT THAT PROVIDE THE FEDERAL COURT JURIDICTION EVEN ON TRADITIONALLY STATE LAW CLAIMS, IF THAT IS WHAT THE COURT ALLEGES.

Finally, **cannabis and marijuana legislation is MODERN, EVOLVING LAW** – The Court, however, brings it age-old dogma and imposes irrelevant case law from ARIZONA upon STEPHEN MIR BROWN and his undersigned counsel, RESHMA KAMATH.

*Respectfully submitted*,

**DATED: AUGUST 11, 2023**

**LAW OFFICE OF RESHMA KAMATH**

*/s/ Reshma Kamath*

Reshma Kamath,
Counsel for Plaintiffs
**ATTITUDE ADJUSTMENT, INC. and PROFESSOR STEPHAN BROWN**